IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

THELMA SAMS                                                                                    PLAINTIFF

v.                                        Case No. 1:16-cv-1027

CAMDEN FAIRVIEW SCHOOL
DISTRICT                                                                                      DEFENDANT

## ORDER

Before the Court is the Stipulation of Dismissal (ECF No. 10) filed by Plaintiff Thelma Sams. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), an action may be dismissed by a notice of dismissal before the opposing party serves either an answer or motion for summary judgment.

Upon consideration, the Court finds that Plaintiff's claims against Defendant Camden Fairview School District should be and are hereby **DISMISSED**. Because all claims in this matter have now been dismissed,[1] the Court directs the Clerk of Court to close this case.

**IT IS SO ORDERED**, this 20th day of December, 2016.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge

---

[1] On October 7, 2016, the Court dismissed Plaintiff's claims against Defendant Lincoln National Life Insurance Company pursuant to the parties' settlement and joint stipulation of dismissal. (ECF No. 9).